Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD<br><br>Plaintiff,<br><br>v.<br><br>EKTA HOSPITALITY<br><br>Defendant. | Case No. EDCV 20-408 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Court GRANTS Plaintiff's Motion to Enforce Settlement Agreement. IT IS ADJUDGED that Defendant shall pay Plaintiff the amount of $6,500. The Clerk is directed to close the case.

Dated: July 23, 2021

THE HONORABLE JESUS G. BERNAL
United States District Judge